**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

---

Hope Hsu,                                            **Civil File No. 07-2460 CM**

       Plaintiff,

vs.

Kansas Counselors, Inc.,

       Defendant.

---

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                          **BY THE COURT**

Dated: November 5, 2007              s/ Carlos Murguia
                                                Judge of United States District Court